CHARLES G. LA BELLA, Deputy Chief
MARY ANN McCARTHY, Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 679-3099
Facsimile: (202) 514-0152
E-mail: charles.labella@usdoj.gov
mary.ann.mccarthy@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00337-JCM-GWF |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INFORMATION WITHOUT PREJUDICE |
| v. | ) | |
| DAVID AMESBURY, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through the undersigned counsel, and moves to dismiss the Criminal Information without prejudice filed in the above-captioned case against defendant David Amesbury, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

As grounds for this motion, the government states as follows:

1. The defendant was charged in a Criminal Information on one count of conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Section 1349, and one count of conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349.

2. On October 24, 2011, Defendant Amesbury entered a plea of guilty as to both counts.

3. A sentencing hearing was scheduled for September 21, 2012 at 10:30am.

4. On or about March 25, 2012, Defendant Amesbury died. A working copy of a death certificate is attached.

1 |     5. Dismissals under Rule 48(a) are generally without prejudice. *See* 3B Fed. Prac. & Proc. Crim. (3d ed.), Fed. Crim. Rules Handbook FCRP 48 (2011 ed.).

    6. It is in the best interest of justice to dismiss the Criminal Information filed against defendant David Amesbury, without prejudice.

    WHEREFORE, the Government by and through the undersigned counsel, respectfully requests the dismissal of the Criminal Information filed against defendant David Amesbury, without prejudice.

DENIS McINERNEY
Chief
Fraud Section, Criminal Division
U.S. Department of Justice

6/5/12

*[signature: Mary Ann McCarthy]*

CHARLES G. LA BELLA
Deputy Chief
MARY ANN McCARTHY
Trial Attorney

3

# CERTIFICATE OF DEATH
## STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11e (REV 3/06)

STATE FILE NUMBER — LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT– FIRST (Given) | DAVID |
| 2. MIDDLE | CLYDE |
| 3. LAST (Family) | AMESBURY |
| AKA. ALSO KNOWN AS | - |
| 4. DATE OF BIRTH mm/dd/ccyy | 05/05/1954 |
| 5. AGE Yrs. | 57 |
| IF UNDER ONE YEAR – Months / Days | |
| IF UNDER 24 HOURS – Hours / Minutes | |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | OR |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | X NO |
| 12. MARITAL STATUS/SRDP* (at Time of Death) | MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 03/25/2012 |
| 8. HOUR (24 Hours) | 1735 FND |
| 13. EDUCATION – Highest Level/Degree | PROFESSIONAL |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | X NO |
| 16. DECEDENT'S RACE | WHITE |
| 17. USUAL OCCUPATION | LAWYER |
| 18. KIND OF BUSINESS OR INDUSTRY | LAW |
| 19. YEARS IN OCCUPATION | 22 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 9428 GREENHAM CIRCLE |
| 21. CITY | LAS VEGAS |
| 22. COUNTY/PROVINCE | CLARK |
| 23. ZIP CODE | 89117 |
| 24. YEARS IN COUNTY | 22 |
| 25. STATE/FOREIGN COUNTRY | NV |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | VICTORIA A. VILLEGAS, WIFE |
| 27. INFORMANT'S MAILING ADDRESS | 9428 GREENHAM CIRCLE, LAS VEGAS, NV 89117 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP*–FIRST | VICTORIA |
| 29. MIDDLE | ALANO |
| 30. LAST (BIRTH NAME) | VILLEGAS |
| 31. NAME OF FATHER/PARENT–FIRST | KENNETH |
| 32. MIDDLE | BRUCE |
| 33. LAST | AMESBURY |
| 34. BIRTH STATE | MT |
| 35. NAME OF MOTHER/PARENT–FIRST | DOROTHEA |
| 36. MIDDLE | - |
| 37. LAST (BIRTH NAME) | ALSPAUGH |
| 38. BIRTH STATE | OR |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 03/30/2012 |
| 40. PLACE OF FINAL DISPOSITION | RES. OF TOM AMESBURY, 10607 DOLORES DRIVE, GRASS VALLEY, CA 95945 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | CHAPEL OF THE ANGELS MORTUARY |
| 45. LICENSE NUMBER | FD1588 |
| 46. SIGNATURE OF LOCAL REGISTRAR | KAREN MILMAN, MD |
| 47. DATE mm/dd/ccyy | 03/29/2012 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | DECEDENT'S BROTHER'S RESIDENCE |
| 102. IF HOSPITAL, SPECIFY ONE | |
| 103. IF OTHER THAN HOSPITAL | X Decedent's Home |
| 104. COUNTY | NEVADA |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 10607 DOLORES DRIVE |
| 106. CITY | GRASS VALLEY |

**CAUSE OF DEATH**

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | PENDING TOXICOLOGY |
| Time Interval (AT) | UNK |
| 108. DEATH REPORTED TO CORONER? | X YES |
| REFERRAL NUMBER | 1120-0855 |
| 109. BIOPSY PERFORMED? | X NO |
| 110. AUTOPSY PERFORMED? | X YES |
| 111. USED IN DETERMINING CAUSE? | X YES |
| 112. OTHER SIGNIFICANT CONDITIONS | UNK |
| 113. WAS OPERATION PERFORMED | UNK |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | |

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- Decedent Attended Since (A) mm/dd/ccyy
- Decedent Last Seen Alive (B) mm/dd/ccyy
115. SIGNATURE AND TITLE OF CERTIFIER
116. LICENSE NUMBER
117. DATE mm/dd/ccyy
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: X Pending Investigation
120. INJURED AT WORK?
121. INJURY DATE
122. HOUR
123. PLACE OF INJURY
124. DESCRIBE HOW INJURY OCCURRED
125. LOCATION OF INJURY
126. SIGNATURE OF CORONER / DEPUTY CORONER: PAUL HOWE SCHMIDT
127. DATE: 03/28/2012
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: PAUL HOWE SCHMIDT, DEPUTY CORONER

STATE REGISTRAR: A B C D E

Printed on: 06/04/2012 06:29 AM
By SCHMIDT, PAUL (PSCHMIDT)

FAX AUTH.#   CENSUS TRACT

WORKING COPY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00337-JCM-GWF |
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION TO DISMISS CRIMINAL INFORMATION WITHOUT PREJUDICE |
| v. | |
| DAVID AMESBURY, | |
| Defendant. | |

**ORDER**

Upon motion of the Government, **IT IS HEREBY ORDERED** that the Criminal Information in criminal case number 2:11-cr-00337, as to defendant DAVID AMESBURY, be dismissed, without prejudice.

IT IS FURTHER ORDERED that any future hearing dates are vacated.

DATED June 6, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

1